**Opinion filed July 18, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00187-CV
_____

**AUSTIN KYLE HARRIS, Appellant**

**V.**

**SYDNEY MICHAELA HARRIS, Appellee**

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM72936**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss the appeal. In the motion, Appellant states that he "does not wish to continue to pursue his appeal in this case." *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.


JOHN M. BAILEY

July 18, 2024                                    CHIEF JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.